AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Granade, Callie V. | 2. Court or Organization<br><br>U.S. District Court Southern District of Alabama | 3. Date of Report<br><br>11/29/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

John C. Campbell United States Courthouse
113 St. Joseph Street
Mobile, Alabama 36602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/29/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Southwest Bancshares, Inc. (Director's fees) |
| 2. | 2016 | Stone, Granade & Crosby, P.C. (law firm income) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | First Community Bank, Chatom, AL (See note) | Note secured by lot, house and rental cottage in Fairhope, AL | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southwest Bancshares stock | F | Dividend | P1 | U | | | | | |
| 2. First Community Bank Accounts | A | Interest | K | T | | | | | |
| 3. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 4. Morgan Stanley Brokerage Account (H) | | | | | | | | | |
| 5. -- Allstate Life Variable Annuity: AB VPS Lg Cap Grw Port-Cls B | | None | M | T | | | | | |
| 6. Schwab IRA (H) | B | Int./Div. | L | T | | | | | |
| 7. -- Schwab Govt Money Fund SWGXX | A | Int./Div. | L | T | Buy (add'l) | 01/19/16 | J | | |
| 8. | | | | | Redeemed (part) | 04/01/16 | J | | |
| 9. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 10. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 11. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 12. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 13. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 14. -- MFS Intl Value CL I | A | Dividend | J | T | Buy (add'l) | 12/15/16 | J | | |
| 15. -- Oppenheimer Dev Mkts Fd Cl Y | A | Dividend | J | T | Buy (add'l) | 12/02/16 | J | | |
| 16. -- Vanguard Equity Income FD Admiral | A | Dividend | K | T | Buy | 03/31/16 | K | | |
| 17. | | | | | Buy (add'l) | 06/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/16/16 | J | | |
| 19. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 20. -- Credit Suisse ETN F Equal Weight MLP Index | | None | | | Sold | 01/12/16 | J | | |
| 21. -- Vanguard REIT | A | Dividend | J | T | | | | | |
| 22. -- Vanguard Total World Stock ETF | B | Dividend | K | T | | | | | |
| 23. -- Primecap Odyssey Aggr Growth Fd | | None | | | Sold | 03/31/16 | K | | |
| 24. -- Vanguard Small Cap | A | Dividend | J | T | | | | | |
| 25. Charles Schwab Brokerage Account (H) | | | | | | | | | |
| 26. -- Schwab Govt Money Fund sweep acct. SWGXX | A | Int./Div. | L | T | Buy (add'l) | 01/21/16 | J | | |
| 27. | | | | | Redeemed (part) | 01/22/16 | J | | |
| 28. | | | | | Redeemed (part) | 03/07/16 | J | | |
| 29. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 30. | | | | | Redeemed (part) | 04/01/16 | J | | |
| 31. | | | | | Redeemed (part) | 04/05/16 | J | | |
| 32. | | | | | Buy (add'l) | 04/06/16 | K | | |
| 33. | | | | | Redeemed (part) | 04/12/16 | J | | |
| 34. | | | | | Buy (add'l) | 05/23/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Redeemed<br>(part) | 05/31/16 | J | | |
| 36. | | | | | Buy<br>(add'l) | 06/21/16 | J | | |
| 37. | | | | | Buy<br>(add'l) | 06/28/16 | J | | |
| 38. | | | | | Buy<br>(add'l) | 06/29/16 | J | | |
| 39. | | | | | Buy<br>(add'l) | 07/01/16 | J | | |
| 40. | | | | | Redeemed<br>(part) | 07/01/16 | J | | |
| 41. | | | | | Redeemed<br>(part) | 07/19/16 | J | | |
| 42. | | | | | Redeemed<br>(part) | 08/03/16 | K | | |
| 43. | | | | | Buy<br>(add'l) | 09/26/16 | K | | |
| 44. | | | | | Buy<br>(add'l) | 10/03/16 | J | | |
| 45. | | | | | Buy<br>(add'l) | 10/13/16 | J | | |
| 46. | | | | | Redeemed<br>(part) | 10/18/16 | J | | |
| 47. | | | | | Redeemed<br>(part) | 10/28/16 | J | | |
| 48. -- Apple Computer Inc. common stock | C | Dividend | M | T | | | | | |
| 49. -- Diageo PPLC SponADR stock | B | Dividend | L | T | | | | | |
| 50. -- Duke Energy Corp Hldg. Co. stock | B | Dividend | L | T | | | | | |
| 51. -- First Tr NYSE ARCA Biotech Index Funs | | None | | | Sold | 03/31/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Kimberly Clark Corp. stock | C | Dividend | M | T | | | | | |
| 53. -- MFS Intl Value Cl I | B | Dividend | L | T | Buy (add'l) | 03/31/16 | K | | |
| 54. -- Microsoft common stock | B | Dividend | K | T | | | | | |
| 55. -- Nestle Spon ADR stock | C | Dividend | L | T | | | | | |
| 56. -- Pepsico Inc. NC stock | C | Dividend | M | T | | | | | |
| 57. -- Powershares Exchange TR Fund | A | Dividend | | | Sold (part) | 09/20/16 | K | D | |
| 58. -- Powershares Water Res PTF | A | Dividend | L | T | | | | | |
| 59. -- Sherwin Williams Co. Ohio stock | B | Dividend | M | T | | | | | |
| 60. -- The Advisory Board Co. stock | | None | | | Sold | 06/23/16 | K | D | |
| 61. -- U. S. Bancorp common stock | B | Dividend | L | T | | | | | |
| 62. -- Verizon Communications stock | B | Dividend | K | T | | | | | |
| 63. -- American Amcap A Mutual Fund | C | Dividend | L | T | | | | | |
| 64. -- American Growth Fund of America A Mutual Fund | C | Dividend | K | T | | | | | |
| 65. -- American Inv Co. of America A Mutual Fund | D | Dividend | L | T | | | | | |
| 66. -- Driehaus Emerging Mkts Gr Fd | | None | | | Sold | 12/06/16 | J | | |
| 67. --MFS Inrl Value Cl I | B | Dividend | L | T | Buy | 03/31/16 | K | | |
| 68. -- Primecap Odyessey Aggr Growth Fund | | None | | | Sold | 03/31/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Vanguard Cnsmr Dscrtnary | C | Dividend | M | T | | | | | |
| 70. -- Vanguard Financials | B | Dividend | L | T | | | | | |
| 71. -- Vanguard Health Care | B | Dividend | M | T | | | | | |
| 72. -- Vanguard Industrials | B | Dividend | L | T | | | | | |
| 73. -- Vanguard Mid Cap | B | Dividend | M | T | | | | | |
| 74. -- Vanguard Mid Cap Value | B | Dividend | L | T | | | | | |
| 75. -- Vanguard REIT | A | Dividend | K | T | | | | | |
| 76. -- Vanguard Small Cap ETF | A | Dividend | K | T | Buy | 06/23/16 | K | | |
| 77. 1/12 mineral rights, parcel in Washington County, Alabama | | None | J | W | | | | | |
| 78. 12.5% interest in Daphne Offices, LLC, Daphne, AL | E | Rent | M | W | | | | | |
| 79. 16.24% interest in Stockton Oaks, LLC (see note) | D | Distribution | | | Sold | 08/17/16 | J | D | |
| 80. 1/6 interest in 1.8 acres property in Magnolia Springs, AL | | None | K | W | | | | | |
| 81. 1/3 interest in real estate parcel #1 in Washington Cty ,AL | | None | L | W | | | | | |
| 82. 1/3 interest in real estate parcel #2 in Washington Cty, AL | | None | J | W | | | | | |
| 83. 1/2 int in real estate Parcel #3 in Washington Cty, AL | | None | J | W | | | | | |
| 84. 3% interest in realty in Fairhope, AL (see note) | | None | K | W | | | | | |
| 85. Ameritrade IRA (H) | E | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Ameritrade cash account | A | Interest | J | T | | | | | |
| 87. -- First Eagle Global Fund Class 1 | C | Int./Div. | L | T | Sold (part) | 01/19/16 | L | | |
| 88. | | | | | Buy (add'l) | 03/03/16 | K | | |
| 89. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 90. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 91. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 92. -- Homestead Funds Small Co Stk Fund | A | Int./Div. | K | T | Buy (add'l) | 01/04/16 | J | | |
| 93. | | | | | Sold (part) | 01/19/16 | K | | |
| 94. | | | | | Sold | 01/20/16 | J | | |
| 95. | | | | | Buy | 03/01/16 | K | | |
| 96. -- Nicholas EQ Inc. Fund Inc Com | B | Int./Div. | L | T | Sold (part) | 02/08/16 | K | | |
| 97. | | | | | Buy (add'l) | 03/14/16 | J | | |
| 98. | | | | | Buy (add'l) | 04/12/16 | J | | |
| 99. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 100. | | | | | Buy (add'l) | 08/05/16 | J | | |
| 101. | | | | | Buy (add'l) | 11/04/16 | J | | |
| 102. | | | | | Buy (add'l) | 12/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -- AMG Yacktman Fund SVC | C | Int./Div. | L | T | Buy | 02/26/16 | K | | |
| 104. | | | | | Buy (add'l) | 03/11/16 | K | | |
| 105. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 106. | | | | | Buy (add'l) | 08/12/16 | J | | |
| 107. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 108.  -- Blackrock FDS Health Sciences Fund | A | Int./Div. | K | T | Buy (add'l) | 12/07/16 | J | | |
| 109.  -- Oakmark Fds Oakmark Fd | B | Dividend | L | T | Sold (part) | 01/19/16 | L | | |
| 110. | | | | | Sold | 01/20/16 | J | | |
| 111. | | | | | Buy | 03/02/16 | K | | |
| 112. | | | | | Buy (add'l) | 03/18/16 | K | | |
| 113. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 114. | | | | | Buy (add'l) | 11/29/16 | J | | |
| 115.  -- Franklin Mutual Global Discovery Z | C | Int./Div. | L | T | Sold (part) | 02/12/16 | K | | |
| 116. | | | | | Buy (add'l) | 03/30/16 | K | | |
| 117. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 118. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 119. | | | | | Buy (add'l) | 12/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Catalyst Hedged futures Strategy I | A | Int./Div. | J | T | Buy (add'l) | 12/20/16 | J | | |
| 121. -- Primecap Odyssey Stock FD | B | Dividend | L | T | Sold (part) | 02/08/16 | K | | |
| 122. | | | | | Buy (add'l) | 07/11/16 | J | | |
| 123. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 124. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 125. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 126. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 127. -- Vanguard Dividend Growth Investor Fund | B | Int./Div. | L | T | Buy (add'l) | 03/01/16 | K | | |
| 128. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 129. | | | | | Buy (add'l) | 04/12/16 | J | | |
| 130. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 131. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 132. | | | | | Sold (part) | 12/30/16 | J | | |
| 133. -- Primecap Odyssey Growth Fund | A | Dividend | J | T | Buy | 08/09/16 | J | | |
| 134. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 135. -- Virtus Funds Global Real Estate Se I | A | Dividend | K | T | Buy | 05/17/16 | J | | |
| 136. | | | | | Buy (add'l) | 05/27/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 138. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 139. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 140.  Trust #1 (H) (see note) | | | | | | | | | |
| 141.  -- Southwest Bancshares stock | | None | P1 | U | | | | | |
| 142.  Stone, Granade & Crosby P.C. 401(k) (H) | | | | | | | | | |
| 143.  --American Funds Europacific Growth | A | Dividend | K | T | Buy (add'l) | 01/26/16 | J | | |
| 144. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 145.  --Artisan Mid-Cap Value | | None | | | Sold | 01/05/16 | K | | |
| 146.  -- Cambiar Internat'l Equity - Investor | A | Dividend | K | T | Buy | 01/05/16 | K | | |
| 147. | | | | | Buy (add'l) | 01/26/16 | J | | |
| 148. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 149.  -- Columbia Dividend income A | A | Dividend | | | Buy (add'l) | 01/26/16 | J | | |
| 150. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 151. | | | | | Sold | 10/12/16 | K | | |
| 152.  -- Columbia Dividend Income - R5 | B | Dividend | L | T | Buy | 10/12/16 | K | | |
| 153.  -- Driehaus Emerging Mkts Growth | A | Dividend | K | T | Buy | 01/05/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Harbor International Institutional | | None | | | Sold | 01/05/16 | K | | |
| 155. -- Janus Enterprise -T | A | Dividend | K | T | Buy | 10/12/16 | K | | |
| 156. -- Janus Triton - T | A | Dividend | K | T | | | | | |
| 157. --Lazard Emerging Markets | | None | | | Sold | 01/05/16 | K | | |
| 158. --Neuberger Bernam Mid Cap Growth | A | Dividend | | | Sold | 10/12/16 | K | | |
| 159. --Vanguard Large Cap Index Admiral | B | Dividend | L | T | Buy (add'l) | 01/26/16 | J | | |
| 160. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 161. -- Vanguard Mid-Cap Index Admiral | A | Dividend | K | T | Buy (add'l) | 01/26/16 | J | | |
| 162. -- Vanguard Mid Cap Value index Admiral | A | Dividend | K | T | Buy | 01/05/16 | J | | |
| 163. --Vanguard PRIMECAP Core | C | Dividend | L | T | Buy (add'l) | 01/26/16 | J | | |
| 164. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 165. --Vanguard Small Cap Index Admiral | A | Dividend | J | T | | | | | |
| 166. -- Vanguard REIT Index - Admiral | A | Dividend | K | T | Buy | 10/12/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 11/29/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 84: Although there is a rental cottage on the property, no reportable person receives any of the rental income. A reportable person is on the note for the property...see Part VI, Line 1.

Part VII, Line 140: The only asset in Trust #1 is stock of Southwest Bancshares, some of which was a gift from a relative, and the rest purchases. The value of the trust is derived from book value of the stock value as of 12/31/2015. There is no income from the trust currently going to any reportable beneficiary.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Callie V. Granade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544